## ALEXANDER v. THE STATE.

1. There was sufficient evidence to authorize the instructions to the jury,
on which error was assigned.
2. The evidence was sufficient to support the verdict.

No. 5635.　SEPTEMBER 7, 1927.

Murder.　Before Judge Searcy.　Spalding superior court.　July
31, 1926.

*H. A. Allen,* for plaintiff in error.

*George M. Napier, attorney-general, E. M. Owen, solicitor-
general, T. R. Gress, assistant attorney-general,* and *Lawrence S.
Camp,* contra.

ATKINSON, J.　Several persons, including Arthur Alexander,
were jointly indicted for the murder of James C. Langston.　On
a separate trial Arthur Alexander was convicted, and the exception
is to the judgment overruling his motion for a new trial.

1.　Grounds one and two of the amendment to the motion for
new trial complain of certain excerpts from the charge to the jury,
not because they stated incorrect principles of law, but upon the
ground that they were not authorized by the evidence.　Upon care-
ful consideration of the evidence set out in the first of these grounds,
and of all of the evidence and the prisoner's statement as contained
in the brief of evidence, it is held that there was sufficient evi-
dence to authorize the charge.　The homicide involved in this case

Homicide, 30 C. J. p. 310, n. 25; p. 337, n. 86.

is the same as that involved in the case of *Brown* v. *State,* 163 *Ga.* 684 (137 S. E. 31).

2. The remaining special ground is merely an elaboration of the general grounds which complain that the verdict was contrary to law and contrary to the evidence and without evidence to support it. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*